1  | Julie L. Hussey, Bar No. 237711
2  | JHussey@perkinscoie.com
   | PERKINS COIE LLP
3  | 11452 El Camino Real, Suite 300
   | San Diego, CA 92130-2594
4  | Telephone: 858.720.5700
   | Facsimile: 858.720.5799
5  |
6  | Elliott J. Joh, Bar No. 264927
   | EJoh@perkinscoie.com
7  | PERKINS COIE LLP
   | 505 Howard Street, Suite 1000
8  | San Francisco, CA 94105-3204
   | Telephone: 415.344.7000
9  | Facsimile: 415.344.7050
10 |
   | Attorneys for Defendant
11 | AMAZON.COM, INC.

12

## UNITED STATES DISTRICT COURT

13

## NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| BRIAN V. LEE, | Case No. |
| Plaintiff, | **DEFENDANT AMAZON.COM, INC.'S NOTICE OF REMOVAL** |
| v. | |
| KITCHABLES PRODUCTS and DOES 1 through 20, inclusive. | [Removed from the Superior Court of the State of California for the County of Alameda, Case No. RG20075803] |
| Defendants. | Complaint Filed: September 23, 2020 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

   **PLEASE TAKE NOTICE** that defendant Amazon.com, Inc. ("Amazon") hereby removes this civil action from the Superior Court of the State of California, County of Alameda, to the United States District Court for the Northern District of California under 28 U.S.C. §§ 1332, 1441, and 1446. Diversity jurisdiction exists because there is complete diversity and the amount in controversy exceeds $75,000.

-1-

151855414.1

I.     **INTRODUCTION**

1.     This lawsuit involves personal injuries allegedly caused by a teacup purchased through Amazon.com.  Compl. at 4-5.

2.     Plaintiff filed his Complaint on September 23, 2020, in the Superior Court of the State of California, County of Alameda, Case No. RG20075803.  A true and correct copy of the Complaint and all other documents served upon Amazon is attached hereto as <u>Exhibit A</u>.

II.     **THIS CASE IS REMOVABLE UNDER DIVERSITY JURISDICTION**

3.     This action is removable under 28 U.S.C. § 1441 because this Court would have had original jurisdiction under 28 U.S.C.§ 1332 had Plaintiff filed this action initially in federal court.  Plaintiff is not a citizen of the same state as the named defendants, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

A.     **Complete Diversity Exists**

4.     Upon information and belief, Plaintiff is a citizen of California.  *See* Compl. at 4 (alleging that the incident causing Plaintiff's alleged injuries took place in Castro Valley, CA).

5.     The named (formerly "Doe 1") defendant Amazon.com, Inc. is a corporation. For the purposes of diversity jurisdiction, a corporation is a citizen of its state of incorporation and of the state in which it has its principal place of business.  *See* 28 U.S.C. § 1332(c)(1).  A corporation's "principal place of business" means the "actual center of direction, control, and coordination."  *Hertz Corp. v. Friend*, 559 U.S. 77, 80 (2010).  Amazon is incorporated under the laws of Delaware and its principal place of business is in Washington.  It is therefore a citizen of Delaware and Washington.

6.     The named defendant Kitchables Products is alleged to be a business organization.  *See* Compl. at 2.  Upon information and belief, Kitchables Products is a New York company and its principal place of business is in New York.  *See* <u>Exhibit B</u> (Plaintiff's Case Management Statement identifying a Niagara Falls, NY address for Kitchables Products). Amazon has searched the records of the Secretary of State of California and no entity named Kitchables Products is incorporated or organized in California or registered to do business in

DEFENDANT AMAZON.COM, INC.'S NOTICE OF REMOVAL

151855414.1

1    California.  Upon information and belief, Kitchables Products has not been served.  Although

2    Plaintiff filed a Proof of Service of Summons on Kitchables Products on October 21, 2020,

3    Plaintiff later stated in his January 26, 2021 Case Management Statement that he had in fact ***not***

4    yet served Kitchables Products.  *See* <u>Exhibit B</u> ("Kitchables Products, attempted service by mail

5    and mail returned; attempting to locate defendant").

6         7.    Upon information and belief, the named (formerly "Doe 2") defendant Nick Coe

7    is a citizen of New York.  *See* <u>Exhibit B</u> (Plaintiff's Case Management Statement identifying

8    Nick Coe as the "owner of Kitchables Products," which Plaintiff has identified as having a New

9    York address).  Upon information and belief, Nick Coe has not been served.

10        **B.    The Amount in Controversy Exceeds $75,000**

11        8.    Plaintiff does not identify a specific value for his claims on the face of the

12   Complaint.  The Court should nevertheless conclude based on Plaintiff's Complaint that

13   Plaintiff's claims involve an amount in controversy in excess of $75,000, exclusive of interest

14   and costs.

15        9.    The Ninth Circuit has adopted the Fifth Circuit's procedure for determining the

16   amount in controversy when a plaintiff does not identify a specific value in a complaint.  *See*

17   *Singer v. State Farm Mut. Auto. Ins. Co.*, 116 F.3d 373, 377 (9th Cir. 1997).  Under that

18   procedure, a court should begin by determining whether it is "facially apparent" from the

19   complaint that the claims likely exceed $75,000.  *Id.*; *Luckett v. Delta Airlines, Inc.*, 171 F.3d

20   295, 298 (5th Cir. 1999) (concluding it was facially apparent that a plaintiff's claims met the

21   amount in controversy requirement when the complaint sought relief for property damage,

22   travel expenses, an ambulance trip, six days in the hospital, pain and suffering, humiliation, and

23   a temporary inability to do housework).  To do so, the court may use "judicial experience and

24   common sense."  *Dourian v. Stryker Corp.*, 2012 WL 12893752, No. CV 12-1790 DSF, at *1

25   (C.D. Cal. Apr. 25, 2012).

26        10.   Here, Plaintiff filed an unlimited civil case seeking relief for personal injuries

27   under the following causes of action: (i) general negligence, (ii) strict products liability, (iii)

28

1   negligent products liability, (iv) breach of implied warranty, and (v) breach of express warranty.

2   *See generally* Compl.  Plaintiff alleges that he suffered injuries and damages when the teacup

3   he purchased "exploded," which caused Plaintiffs "great mental and physical pain, suffering,

4   and emotional distress, [and] will in the future cause him permanent disability."  *Id.* at 4.

5   Plaintiff also alleges that he "was and is required to employ physicians, surgeons, and other

6   health care providers to examine, treat, and care for him."  *Id.*  Plaintiff seeks general damages

7   as well as damages for loss of wages, loss of earning capacity, hospital and medical expenses,

8   and costs of suit.  *Id.* at 3.

9       11.     Given the number of liability theories pursued, the severity of the alleged

10  injuries, and the nature and extent of the damages requested, it is facially apparent that the

11  amount in controversy exceeds $75,000.  Thus, Amazon has satisfied its burden under 28

12  U.S.C. § 1332 to establish that the amount in controversy exceeds $75,000.

13      12.     By the statements contained in this Notice of Removal, Amazon does not

14  concede that Plaintiff is entitled to any damages.

15              **III.    ALL SERVED DEFENDANTS CONSENT TO REMOVAL**

16      13.     To the best of Amazon's knowledge, no other defendant has been served as of

17  the date of this filing.  Although Plaintiff filed a Proof of Service of Summons on Kitchables

18  Products on October 21, 2020, Plaintiff later stated in his January 26, 2021 Case Management

19  Statement that he had in fact ***not*** yet served Kitchables Products.  *See* <u>Exhibit B</u> ("Kitchables

20  Products, attempted service by mail and mail returned; attempting to locate defendant").  The

21  court docket does not otherwise reflect any service on either Kitchables Products or the other

22  named co-defendant Nick Coe.  Only defendants who have been "properly joined and served"

23  must consent to removal.  28 U.S.C. § 1446(b)(2)(A).  Because neither Kitchables Products nor

24  Nick Coe have been served, their consent is not required.

25

26

27

28

## IV.    THIS FILING IS TIMELY

14.    Plaintiffs served Amazon on February 17, 2021.  Amazon filed this Notice of Removal within thirty (30) days after it was personally served.  This Notice of Removal is therefore timely under 28 U.S.C. § 1446(b).

## V.    VENUE OF REMOVED ACTION

15.    The Northern District of California is the United States district court for the district and division embracing the state court where this action was filed and is pending. Venue is proper in this Court under 28 U.S.C. § 1441(a).

## VI.    NOTICE TO THE STATE COURT

16.    A copy of this Notice of Removal is being served on all served parties and filed with the Superior Court of the State of California, County of Alameda, where this case was originally filed.

## VII.    PLEADINGS IN THE STATE COURT ACTION

17.    All process, pleadings, and orders served upon Amazon in this action are attached as Exhibit A.  A true and correct copy of the Alameda Superior Court docket for this action is attached as Exhibit B.

## VIII.    NON-WAIVER OF DEFENSES

18.    Amazon expressly reserves all of it defenses.  By removing the action to this Court, Amazon does not waive any rights or defenses available under federal or state law. Amazon expressly reserves the right to move for dismissal of the Complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure.  Nothing in this Notice of Removal should be taken as an admission that Plaintiffs' allegations are sufficient to state a claim or have any substantive merit.

///

///

///

///

WHEREFORE, Amazon hereby removes the above-entitled case to this Court.

DATED:  March 18, 2021

**PERKINS COIE LLP**

By: */s/ Elliott J. Joh*
Julie L. Hussey, Bar No. 237711
Jhussey@perkinscoie.com
Elliott J. Joh, Bar No. 264927
EJoh@perkinscoie.com

Attorneys for Defendant
AMAZON.COM, INC.

# Exhibit A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** KITCHABLES PRODUCTS and DOES 1
**(AVISO AL DEMANDADO):** to 20, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:** BRIAN V. LEE
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

ENDORSED
FILED
ALAMEDA COUNTY

SEP 2 3 2020

CLERK OF THE SUPERIOR COURT
By M. Williams
Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: | CASE NUMBER: |
|---|---|
| (El nombre y dirección de la corte es): | (Número del Caso): |

RG 2 0 0 7 5 8 0 3

Superior Court of California, County of Alameda
1225 Fallon Street
Oakland, California 94612

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: GARY B. ROTH, Esq.
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):

BOXER & GERSON LLP
300 FRANK H OGAWA PLZ, STE 500, OAKLAND, CA 94612        (510) 835-8870

DATE: SEP 2 3 2020 Chad Finke, Court Executive Officer by M. Williams        , Deputy
(Fecha)                                                    (Secretario)                    (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☒ as the person sued under the fictitious name of (specify):   DOE 1
3. ☒ on behalf of (specify):   AMAZON.COM, INC. herein sued as DOE 1

   under: ☒ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other (specify):
4. ☒ by personal delivery on (date):   2/11/2021

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Page 1 of 1

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
Western Doc & Form Builder

1  GARY B. ROTH, Esq. [SBN248031]
    ERIC S. RITIGSTEIN, Esq. [SBN249026]
2  BOXER & GERSON, LLP
    300 Frank H. Ogawa Plaza
3  Rotunda Building, Suite 500
    Oakland, California 94612
4  Telephone:   (510) 835-8870
    Facsimile:    (510) 835-0415
5

ENDORSED
FILED
ALAMEDA COUNTY

JAN 21 2021

CLERK OF THE SUPERIOR COURT
By _____
Deputy

6  Attorneys for Plaintiff(s)
7  BRIAN V. LEE

8         SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                COUNTY OF ALAMEDA

10

11  BRIAN V. LEE,             Case No. RG20075803
12                 (Unlimited Civil Jurisdiction)
         Plaintiff(s),
13  v.                  ASSIGNED FOR ALL PURPOSES TO
                    JUDGE Julia Spain
14                 DEPARTMENT 520
15  KITCHABLES PRODUCTS and DOES 1
    through 20, inclusive,
16                 **DOE AMENDMENT TO COMPLAINT**
                 **FOR PERSONAL INJURIES AND**
      Defendants.      **DAMAGES TO ADD TRUE NAME OF**
17                 **DEFENDANT FICTITIOUSLY NAMED**
18                 **DOE 1**

19                 Complaint Filed: September 23, 2020
20  _____ /

21

22        Plaintiff was ignorant of the true name of a defendant and designated that defendant in

23  the Complaint by the fictitious name of "DOE 1."  Plaintiff has discovered the true name of this

24  defendant to be AMAZON.COM, INC. and hereby amends the Complaint by inserting this true

25  name in the place of the fictitious name "DOE 1" wherever it appears in the Complaint.

26  ///

27  ///

28  ///

                             1

1

2   Dated: January 20, 2021                    BOXER & GERSON, LLP,

3

4                                              By: _____

5                                              GARY B. ROTH
                                               ERIC S. RITIGSTEIN
6                                              Attorneys for Plaintiff(s)
                                               BRIAN V. LEE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

DOE AMENDMENT TO COMPLAINT FOR PERSONAL INJURIES AND DAMAGES TO ADD TRUE NAME
OF DEFENDANT FICTITIOUSLY NAMED DOE 1

Boxer & Gerson LLP
Attn: Roth, Gary B
300 Frank H. Ogawa Plaza
Suite 500
Oakland, CA   94612____



## Superior Court of California, County of Alameda
### Hayward Hall of Justice

| Lee | No. <u>RG20075803</u> |
|---|---|
| Plaintiff/Petitioner(s) | |
| VS. | Case Management Order |
| | Complaint - Product Liability |
| Kitchables Products | |
| Defendant/Respondent(s) | |
| (Abbreviated Title) | |

ORDER re: CASE MANAGEMENT

The Court has ordered the following after review of the case,

FURTHER CONFERENCE

A Proof of Service has been filed indicating defendant accepted service of process by Acknowledgement and Receipt -- but a copy of the signed Acknowledgement and Receipt has not been filed.  It must be filed with the court before the next CMC Statements are due.

In addition, if defendant has been served it appears it is now in default.   CRC 3.110 (g) provides: "Request for entry of default- If a responsive pleading is not served within the time limits specified in this rule and no extension of time has been granted, the plaintiff must file a request for entry of default within 10 days after the time for service has elapsed. The court may issue an order to show cause why sanctions should not be imposed if the plaintiff fails to timely file the request for the entry of default."

If defendant is in default, plaintiff must diligently request entry of default

 The Case Management Conference currently scheduled for 02/10/2021 is VACATED and continued to 04/12/2021 at 10:00 AM in Dept. 520.

Updated Case Management Statements in compliance with Rule of Court 3.725, on Judicial Council Form CM-110, must be filed no later than 03/28/2021. If the foregoing date is a court holiday or a weekend, the time is extended to the next business day.

NOTICES

Clerk is directed to serve endorsed-filed copies of this order, with proof of service, to counsel and to self-represented parties of record by mail.

The Court orders counsel and/or self-represented parties to obtain a copy of this order from the court's website  http://www.alameda.courts.ca.gov/domainweb.

Any delay in the trial, caused by non-compliance with any order contained herein, shall be the subject of sanctions pursuant to CCP 177.5.

Dated: 01/26/2021

Judge Julia Spain

Superior Court of California, County of Alameda
Hayward Hall of Justice

Case Number: RG20075803
Case Management Conference Order of 01/26/2021

## DECLARATION OF SERVICE BY MAIL

I certify that I am not a party to this cause and that a true and correct copy of the foregoing document was mailed first class, postage prepaid, in a sealed envelope, addressed as shown on the foregoing document or on the attached, and that the mailing of the foregoing and execution of this certificate occurred at 24405 Amador Street, Hayward, California.

Executed on 01/27/2021.

Chad Finke  Executive Officer / Clerk of the Superior Court

By  _Donrielle Lahaye_
                                                        Deputy Clerk

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| GARY B. ROTH, Esq.   SBN: 248031 <br> BOXER & GERSON LLP <br> 300 FRANK H OGAWA PLAZA, SUITE 500 <br> OAKLAND, CA 94612 <br> TELEPHONE NO: (510) 835-8870   FAX NO. *(Optional)*: (510) 835-0415 <br> E-MAIL ADDRESS *(Optional)*: groth@boxerlaw.com <br> ATTORNEY FOR *(Name)*: Brian V. Lee | **ENDORSED** <br> **FILED** <br> **ALAMEDA COUNTY** <br><br> SEP 2 3 2020 <br><br> CLERK OF THE SUPERIOR COURT <br> By M. Williams <br> Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 Fallon St.
MAILING ADDRESS: Same as above
CITY AND ZIP CODE: Oakland, 94612
BRANCH NAME: Rene C. Davidson Alameda County Courthouse

PLAINTIFF: BRIAN V. LEE

DEFENDANT: KITCHABLES PRODUCTS and

[X] DOES 1 TO ___20___

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death <br> [ ] AMENDED *(Number)*: <br> Type *(check all that apply)*: <br> [ ] MOTOR VEHICLE   [X] OTHER *(specify)*: PRODUCTS LIABILITY <br> [ ] Property Damage   [ ] Wrongful Death <br> [X] Personal Injury   [ ] Other Damages *(specify)*: | CASE NUMBER: |
|---|---|
| Jurisdiction *(check all that apply)*: <br> [ ] ACTION IS A LIMITED CIVIL CASE <br> Amount demanded   [ ] does not exceed $10,000 <br> [ ] exceeds $10,000, but does not exceed $25,000 <br> [X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000) <br> [ ] ACTION IS RECLASSIFIED by this amended complaint <br> [ ] from limited to unlimited <br> [ ] from unlimited to limited | RG 2 0 0 7 5 8 0 3 |

1. Plaintiff *(name or names)*: Brian V. Lee
   alleges causes of action against defendant *(name or names)*: Kitchables Products and DOES 1 to 20

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor   [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor   [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

PLD-PI-001

| SHORT TITLE: LEE v. KITCHABLES PRODUCTS | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name)*:
  is doing business under the fictitious name *(specify)*:

  and has complied with the fictitious business name laws.
5. Each defendant named above is a natural person
  a. ☒ **except** defendant *(name)*: KITCHABLES PRODUCTS    c. ☐ **except** defendant *(name)*:
    (1) ☒ a business organization, form unknown          (1) ☐ a business organization, form unknown
    (2) ☐ a corporation                                  (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe)*:         (3) ☐ an unincorporated entity *(describe)*:

    (4) ☐ a public entity *(describe)*:                  (4) ☐ a public entity *(describe)*:

    (5) ☐ other *(specify)*:                             (5) ☐ other *(specify)*:


  b. ☐ **except** defendant *(name)*:                    d. ☐ **except** defendant *(name)*:
    (1) ☐ a business organization, form unknown          (1) ☐ a business organization, form unknown
    (2) ☐ a corporation                                  (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe)*:         (3) ☐ an unincorporated entity *(describe)*:

    (4) ☐ a public entity *(describe)*:                  (4) ☐ a public entity *(describe)*:

    (5) ☐ other *(specify)*:                             (5) ☐ other *(specify)*:


  ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.
6. The true names of defendants sued as Does are unknown to plaintiff.
  a. ☐ Doe defendants *(specify Doe numbers)*: _____ were the agents or employees of other
     named defendants and acted within the scope of that agency or employment.
  b. ☒ Doe defendants *(specify Doe numbers)*: 1 to 20 _____ are persons whose capacities are unknown to
     plaintiff.
7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:


8. This court is the proper court because
  a. ☐ at least one defendant now resides in its jurisdictional area.
  b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☐ other *(specify)*:


9. ☐ Plaintiff is required to comply with a claims statute, **and**
  a. ☐ has complied with applicable claims statutes, **or**
  b. ☐ is excused from complying because *(specify)*:

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: LEE v. KITCHABLES PRODUCTS | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☒ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage *(specify)*: Prejudgment interest according to law; Costs of suit; and, such other and further relief as is just and proper.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) ☒ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: September 22, 2020

GARY B. ROTH

_____
(TYPE OR PRINT NAME)

▶ *Gary B. Roth*

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001(2)

| SHORT TITLE: LEE v. KITCHABLES PRODUCTS | CASE NUMBER: |
|---|---|

<u>FIRST</u>       **CAUSE OF ACTION—General Negligence**       Page 4 ____
*(number)*

ATTACHMENT TO  [ X ] Complaint  [   ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* BRIAN V. LEE

alleges that defendant *(name):* KITCHABLES PRODUCTS and

[ X ] Does ____ 1 ____ to ____ 20 ____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* or about October 15, 2018
at *(place):* 25557 Foggy Glen Drive, Castro Valley, CA 94552

*(description of reasons for liability):*

Plaintiff Brian V. Lee suffered injuries when he was drinking a beverage from the tea cup he purchased from defendants Kitchables Products on Amazon.com.

At all times herein mentioned each defendant was the agent, employee, or joint venturer of each remaining defendant, and/or thereafter ratified or approved the acts of each remaining defendant. Defendants, and each of them, designed, controlled, installed, manufactured, advertised, filled, assembled, distributed, and/or sold tea cups on Amazon.com.

As a legal result of the acts of and/or omissions of Defendants, and each of them, Brian Lee suffered injuries caused by a tea cup that exploded while he was drinking a beverage. The tea cups and its component parts contained manufacturing and/or design defects in that the tea cup exploded when plaintiff handled the tea cup in a reasonably foreseeable manner. Plaintiff's injuries resulted from the use of the tea cup and its component parts that was intended and/or reasonably foreseeable to said defendants. Use of the tea cup and its component parts in a manner that was intended and/or reasonably foreseeable by the defendants involved a substantial danger that would not be readily recognized by an ordinary user of the product, namely by plaintiff Brian Lee.

Defendants, and each of them, knew or should have known of the danger, but failed to give plaintiff warning of the potential safety hazard and danger posed by the tea cup and its component parts, which were designed, manufactured, delivered, assembled and/or sold by defendants. Defendants were in the business of manufacturing, distributing and/or selling tea cups and component parts; and on or about October 15, 2018 did, in fact, manufacture, distribute and/or sell tea cups and component parts to plaintiff which failed to perform safely and caused plaintiff's injuries. Defendants had a duty to inspect, repair, recall and/or warn of the tea cup to minimize the safety hazards.

Defendants failed to adequately control, inspect and maintain the tea cup on or before October 15, 2018, and plaintiff was injured as a direct result of defendants' failure to control, inspect and maintain the tea cup. Defendants owed a duty of care to plaintiff.

As a legal result of the acts of and/or omissions of defendants, and each of them, plaintiff Brian Lee was hurt and injured in his health, strength and activity, sustained injury to his body and shock and injury to his nervous system and person, all of which have caused him great mental and physical pain, suffering, and emotional distress, will in the future cause him permanent disability, and have resulted in general damages in an amount in excess of the jurisdictional minimum of this Court.

As a legal result of the acts of and/or omissions of defendants, and each of them, plaintiff Brian Lee was and is required to employ physicians, surgeons, and other health care providers to examine, treat, and care for him, and to incur medical and related expenses in an amount in excess of the jurisdictional minimum of this Court.

As a legal result of the acts of and/or omissions of defendants, and each of them, plaintiff Brian Lee was prevented from attending to his usual occupation, sustaining loss of earnings, loss of earning capacity, vocational rehabilitation expenses, and other economic losses in an amount in excess of the jurisdictional minimum of this Court.

Said negligence of defendants was a legal cause of injury and damage to plaintiff.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder™

PLD-PI-001(5)

| SHORT TITLE: LEE v. KITCHABLES PRODUCTS | CASE NUMBER: |
|---|---|

SECOND _____ **CAUSE OF ACTION—Products Liability**     Page 5 _____
_____(number)_____

ATTACHMENT TO  [ X ] Complaint    [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* BRIAN V. LEE

Prod. L-1. On or about *(date):* October 15, 2018      plaintiff was injured by the following product: Tea Cup Set of 4 - Modern Double Wall Glass Insulated Teacups Best Paired with your Teapot or Coffee (2.5) sold by Kitchables Products

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
    [ X ] used in the manner intended by the defendants.
    [ X ] used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
    [ X ] purchaser of the product.        [ X ] user of the product.
    [ ] bystander to the use of the product.    [ ] other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L- 4. [ X ] **Count One—Strict liability** of the following defendants who
    a. [ X ] manufactured or assembled the product *(names):* KITCHABLES PRODUCTS and

        [ X ] Does _____1_____ to _____20_____

    b. [ X ] designed and manufactured component parts supplied to the manufacturer *(names):* KITCHA BLES PRODUCTS

        [ ] Does _____1_____ to _____20_____

    c. [ X ] sold the product to the public *(names):* KITCHABLES PRODUCTS and

        [ X ] Does _____1_____ to _____20_____

Prod. L-5. [ X ] **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):* KITCHAB LES PRODUCTS and
    [ X ] Does _____1_____ to _____20_____

Prod. L-6. [ X ] **Count Three—Breach of warranty** by the following defendants *(names):* KITCHABLES PRODUCTS and
    [ X ] Does _____1_____ to _____20_____
    a. [ X ] who breached an implied warranty
    b. [ X ] who breached an express warranty which was
        [ X ] written    [ ] oral

Prod. L-7. [ X ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
    [ ] listed in Attachment-Prod. L-7 [ X ] as follows: KITCHABLES PRODUCTS and DOES 1 to 20

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION—Products Liability**

Code of Civil Procedure, § 425.12
*www.courtinfo.ca.gov*
Westlaw Doc & Form Builder

### *Superior Court of California, County of Alameda*



### *Notice of Assignment of Judge for All Purposes*

Case Number: RG20075803
Case Title:    Lee VS Kitchables Products
Date of Filing: 09/23/2020

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**Pursuant to Rule 3.734 of the California Rules of Court and Title 3 Chapter 2 of the Local Rules of the Superior Court of California, County of Alameda, this action is hereby assigned by the Presiding Judge for all purposes to:**

| | |
|---|---|
| **Judge:** | **Julia Spain** |
| **Department:** | **520** |
| **Address:** | **Hayward Hall of Justice** |
| | **24405 Amador Street** |
| | **Hayward  CA  94544** |
| **Phone Number:** | **(510) 690-2729** |
| **Fax Number:** | **(510) 267-1531** |
| **Email Address:** | **Dept520@alameda.courts.ca.gov** |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

**Please note: In this case, any challenge pursuant to Code of Civil Procedure section 170.6 must be exercised within the time period provided by law.  (See Code Civ. Proc. §§ 170.6, subd. (a)(2) and 1013.)**

**NOTICE OF NONAVAILABILITY OF COURT REPORTERS:** Effective June 4, 2012, the court will not provide a court reporter for civil law and motion hearings, any other hearing or trial in civil departments, or any afternoon hearing in Department 201 (probate). Parties may arrange and pay for the attendance of a certified shorthand reporter. In limited jurisdiction cases, parties may request electronic recording.

Amended Local Rule 3.95 states: "Except as otherwise required by law, in general civil case and probate departments, the services of an official court reporter are not normally available. For civil trials, each party must serve and file a statement before the trial date indicating whether the party requests the presence of an official court reporter."

Counsel(s) are expected to be familiar with the Statement of Professionalism and Civility, Alameda County Bar Association (www.acbanet.org).

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS COMPLAINANT TO SERVE A COPY

OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULES.

## General Procedures

Following assignment of a civil case to a specific department, all pleadings, papers, forms, documents and writings can be submitted for filing at either Civil Clerk's Office, located at the René C. Davidson Courthouse, Room 109, 1225 Fallon Street, Oakland, California, 94612, and the Hayward Hall of Justice, 24405 Amador Street, Hayward, California, 94544. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO
JUDGE Julia Spain
DEPARTMENT 520

All parties are expected to know and comply with the Local Rules of this Court, which are available on the court's website at: http://www.alameda.courts.ca.gov/Pages.aspx/Local-Rules(1) and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

Parties must meet and confer to discuss the effective use of mediation or other alternative dispute processes (ADR) prior to the Initial Case Management Conference. The court encourages parties to file a "Stipulation to Attend ADR and Delay Initial Case Management Conference for 90 Days". Plaintiff received that form in the ADR information package at the time the complaint was filed. The court's website also contains this form and other ADR information. If the parties do not stipulate to attend ADR, the parties must be prepared to discuss referral to ADR at the Initial Case Management Conference.

Appearances by attorneys not counsel of record are not permitted except for good cause shown. (Non-emergency scheduling conflicts are not good cause). Any appearing counsel must have full authority to make decisions on a case.

All references to counsel apply equally to self-represented parties and all must comply with all the rules cited in this Notice. Parties are reminded that the dept. clerk is prohibited from giving legal advice. Self-represented parties are encouraged to use the Self-Help Center at the Hayward Hall of Justice, 24405 Amador St., Dept. 501, Hayward.

Email is the best method of communicating with court staff. Email address for counsel or self-represented litigants must be listed in the caption of all filed papers, as required by CRC 2.111(1). All email communications must be copied to all parties for whom an email address is available. Pleadings/documents shall not be transmitted via email.

## Schedule for Department 520

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions.

- Trials generally are held: Mondays, Tuesdays, Thursdays and Fridays, beginning at 9:30 a.m.

- Trial Readiness Conferences are held 2 weeks prior to trial date. Compliance with Local Rule 3.35 and personal appearance of trial counsel is required.

- Case Management Conferences are held: Wednesdays at 9:30 a.m. Timely filed and complete CMC Statements with courtesy copy to Dept. 520 are required. The

court will usually publish a Tentative Case Management Order.  Check DOMAIN to
see if Order waives CMC appearance.

- Law and Motion matters are heard:  Wednesdays and Thursdays at 2:00 p.m.;
Litigants must contact the dept. clerk to reserve a date before filing any law and
motion matter. See further procedures below.

- Settlement Conferences are heard:  Court resources are limited. Counsel are
encouraged to consider alternative dispute resolution. Conferences will be specially
set as appropriate.

- Ex Parte matters are heard:  On written applications only on Mondays - Thursdays.
Email Dept. 520 to request date.  Moving party must give 48 hours prior notice to
opponent advising written opposition must be filed and courtesy copy delivered to
Dept. 520 within 24 hours.

- Check Domain, Dept. 520 webpage, click on "List of Documents" for other useful
materials.

- DISCOVERY DISPUTES: Parties must exhaust Meet and Confer requirements
before contacting the court for a hearing date.  No Motion to Compel Discovery will
be scheduled until after the parties complete an informal discovery resolution
process thru the court.   Email the dept. for a date and further details before
preparing any Motion to Compel.

## Law and Motion Procedures

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact the
department as follows:

- Motion Reservations
    Email:        dept520@alameda.courts.ca.gov

    Please provide: 1) Name of case; 2) Case number; 3) Title of motion; 4) Moving
    party; 5) Name of Responding Party's Counsel and email address.

- Ex Parte Matters
    Email:         dept520@alameda.courts.ca.gov

## Tentative Rulings

The court may issue tentative rulings in accordance with the Local Rules.  Tentative rulings
will become the Court's order unless contested in accordance with the Local Rules.
Tentative rulings will be available at:

- Website:  www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 520
- Phone:  1-866-223-2244

Dated:  10/09/2020

_____
Facsimile

Presiding Judge,
Superior Court of California, County of Alameda

## CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct:  I am the clerk of the above-named court and not a party to this cause.  I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 10/13/2020

By _____
Deputy Clerk

Boxer & Gerson LLP
Attn: Roth, Gary B
300 Frank H. Ogawa Plaza
Suite 500
Oakland, CA   94612_____

## Superior Court of California, County of Alameda

| Lee | No. RG20075803 |
|---|---|
| **Plaintiff/Petitioner(s)** | |
| VS. | **NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER** |
| Kitchables Products | Unlimited Jurisdiction |
| **Defendant/Respondent(s)** | |
| (Abbreviated Title) | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:
Notice is given that a Case Management Conference has been scheduled as follows:

| Date: 02/10/2021<br>Time: 09:30 AM | Department: **520**<br>Location: **Hayward Hall of Justice**<br>**3rd Floor**<br>**24405 Amador Street, Hayward  CA 94544**<br>Internet: **www.alameda.courts.ca.gov** | Judge: **Julia Spain**<br>Clerk: **Danielle Labrecque**<br>Clerk telephone: **(510) 690-2729**<br>E-mail:<br>**Dept520@alameda.courts.ca.gov**<br>Fax: **(510) 267-1531** |
|---|---|---|

### ORDERS

1. **Plaintiff** must:

   a. **Serve all named defendants** and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (Cal. Rules of Court, 3.110(b)); and

   b. **Give notice** of this conference to all other parties and file proof of service.

2. **Defendant must** respond as stated on the summons.

3. **All parties who have appeared before the date of the conference must:**

   a. **Meet and confer,** in person or by telephone as required by Cal. Rules of Court, rule 3.724;

   b. **File and serve** a completed *Case Management Statement* on Form CM-110 at least 15 days before the Case Management Conference (Cal. Rules of Court, rule 3.725); and

   c. **Post jury fees** as required by Code of Civil Procedure section 631.

4. If you do not follow the orders above, the court may issue an order to show cause why you should not be sanctioned under Cal. Rules of Court, rule 2.30. Sanctions may include monetary sanctions, striking pleadings or dismissal of the action.

5. You are further ordered to appear in person or through your attorney of record at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed. You may be able to appear at Case Management Conferences by telephone. Contact CourtCall, an independent vendor, at least three business days before the scheduled conference. Call 1-888-882-6878, or fax a service request to (888) 882-2946. The vendor charges for this service.

6. You may file *Case Management Conference Statements* by E-Delivery. Submit them directly to the E-Delivery Fax Number (510) 267-5732. No fee is charged for this service. For further information, go to *www.alameda.courts.ca.gov/ff.*

7. The judge may place a *Tentative Case Management Order* in your case's on-line register of actions before the conference. This order may establish a discovery schedule, set a trial date or refer the case to Alternate Dispute Resolution, such as mediation or arbitration. Check the website of each assigned department for procedures regarding tentative case management orders at *www.alameda.courts.ca.gov/dc.*

## CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct:  I am the clerk of the above-named court and not a party to this cause.  I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 10/13/2020.

By _____
                                                                Deputy Clerk

Form Approved for Mandatory Use
Superior Court of California, County
of Alameda
ALA CIV-100 [Rev. 07-01-2015]

NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER          Page 2 of 2



# Superior Court of California, County of Alameda
## Alternative Dispute Resolution (ADR) Information Packet

The person who files a civil lawsuit (plaintiff) must include the ADR Information Packet with the complaint when serving the defendant. Cross complainants must serve the ADR Information Packet on any new parties named to the action.

> The Court *strongly encourages* the parties to use some form of ADR before proceeding to trial.  You may choose ADR by:
>
> - Indicating your preference on Case Management Form CM-110;
>
> - Filing the Stipulation to ADR and Delay Initial Case Management Conference for 90 Days (a local form included with the information packet); or
>
> - Agree to ADR at your Initial Case Management Conference.
>
> **QUESTIONS?**  Call (510) 891-6055. Email adrprogram@alameda.courts.ca.gov
> Or visit the court's website at http://www.alameda.courts.ca.gov/adr

### What Are The Advantages Of Using ADR?

- *Faster* –Litigation can take years to complete but ADR usually takes weeks or months.

- *Cheaper* – Parties can save on attorneys' fees and litigation costs.

- *More control and flexibility* – Parties choose the ADR process appropriate for their case.

- *Cooperative and less stressful* – In mediation, parties cooperate to find a mutually agreeable resolution.

- *Preserve Relationships* – A mediator can help you effectively communicate your interests and point of view to the other side. This is an important benefit when you want to preserve a relationship.

### What Is The Disadvantage Of Using ADR?

- *You may go to court anyway* – If you cannot resolve your dispute using ADR, you may still have to spend time and money resolving your lawsuit through the courts.

### What ADR Options Are Available?

- *Mediation* – A neutral person (mediator) helps the parties communicate, clarify facts, identify legal issues, explore settlement options, and agree on a solution that is acceptable to all sides.

  o **Court Mediation Program**:  Mediators do not charge fees for the first two hours of mediation.  If parties need more time, they must pay the mediator's regular fees.

Some mediators ask for a deposit before mediation starts which is subject to a refund for unused time.

   o  **Private Mediation**:  This is mediation where the parties pay the mediator's regular fees and may choose a mediator outside the court's panel.

- *Arbitration* – A neutral person (arbitrator) hears arguments and evidence from each side and then decides the outcome of the dispute.  Arbitration is less formal than a trial and the rules of evidence are often relaxed.  Arbitration is effective when the parties want someone other than themselves to decide the outcome.

   o  **Judicial Arbitration Program** (non-binding):  The judge can refer a case or the parties can agree to use judicial arbitration.  The parties select an arbitrator from a list provided by the court.  If the parties cannot agree on an arbitrator, one will be assigned by the court.  There is no fee for the arbitrator.  The arbitrator must send the decision (award of the arbitrator) to the court.  The parties have the right to reject the award and proceed to trial.

   o  **Private Arbitration** (binding and non-binding) occurs when parties involved in a dispute either agree or are contractually obligated.  This option takes place outside of the courts and is normally binding meaning the arbitrator's decision is final.

## Mediation Service Programs In Alameda County

Low cost mediation services are available through non-profit community organizations. Trained volunteer mediators provide these services.  Contact the following organizations for more information:

**SEEDS Community Resolution Center**
2530 San Pablo Avenue, Suite A, Berkeley, CA 94702-1612
Telephone: (510) 548-2377     Website: www.seedscrc.org
Their mission is to provide mediation, facilitation, training and education programs in our diverse communities – **S**ervices that **E**ncourage **E**ffective **D**ialogue and **S**olution-making.

**Center for Community Dispute Settlement**
291 McLeod Street, Livermore, CA 94550
Telephone: (925) 373-1035     Website: www.trivalleymediation.com
CCDS provides services in the Tri-Valley area for all of Alameda County.

*For Victim/Offender Restorative Justice Services*
**Catholic Charities of the East Bay: Oakland**
433 Jefferson Street, Oakland, CA 94607
Telephone: (510) 768-3100     Website: www.cceb.org
Mediation sessions involve the youth, victim, and family members work toward a mutually agreeable restitution agreement.

ALA ADR-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:                    FAX NO. *(Optional)*: | |
| E-MAIL ADDRESS *(Optional)*: | |
| ATTORNEY FOR *(Name)*: | |

| SUPERIOR COURT OF CALIFORNIA, ALAMEDA COUNTY | |
|---|---|
| STREET ADDRESS: | |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | |
| BRANCH NAME: | |

| PLAINTIFF/PETITIONER: | |
|---|---|
| DEFENDANT/RESPONDENT: | |

| STIPULATION TO ATTEND ALTERNATIVE DISPUTE RESOLUTION (ADR) AND DELAY INITIAL CASE MANAGEMENT CONFERENCE FOR 90 DAYS | CASE NUMBER: |
|---|---|

**INSTRUCTIONS:  All applicable boxes must be checked, and the specified information must be provided.**

This stipulation is effective when:

- All parties have signed and filed this stipulation with the Case Management Conference Statement at least 15 days before the initial case management conference.
- A copy of this stipulation has been received by the ADR Program Administrator, 24405 Amador Street, Hayward, CA 94544 or Fax to (510) 267-5727.

1. Date complaint filed: _____.  An **Initial Case Management Conference** is scheduled for:

   Date:                           Time:                               Department:

2. Counsel and all parties certify they have met and conferred and have selected the following ADR process *(check one)*:

   ☐ Court mediation          ☐ Judicial arbitration
   ☐ Private mediation        ☐ Private arbitration

3. All parties agree to complete ADR within 90 days and certify that:

   a. No party to the case has requested a complex civil litigation determination hearing;
   b. All parties have been served and intend to submit to the jurisdiction of the court;
   c. All parties have agreed to a specific plan for sufficient discovery to make the ADR process meaningful;
   d. Copies of this stipulation and self-addressed stamped envelopes are provided for returning endorsed filed stamped copies to counsel and all parties;
   e. Case management statements are submitted with this stipulation;
   f. All parties will attend ADR conferences; and,
   g. The court will not allow more than 90 days to complete ADR.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____          ▶ _____
(TYPE OR PRINT NAME)                                              (SIGNATURE OF PLAINTIFF)

Date:

_____          ▶ _____

Form Approved for Mandatory Use
Superior Court of California,
County of Alameda
ALA ADR-001 [New January 1, 2010]

**STIPULATION TO ATTEND ALTERNATIVE DISPUTE RESOLUTION (ADR) AND DELAY INITIAL CASE MANAGEMENT CONFERENCE FOR 90 DAYS**

Cal. Rules of Court,
rule 3.221(a)(4)

<table>
<tr><td>(TYPE OR PRINT NAME)</td><td>(SIGNATURE OF ATTORNEY FOR PLAINTIFF)</td></tr>
</table>

**ALA ADR-001**

| PLAINTIFF/PETITIONER: | CASE NUMBER.: |
|---|---|
| DEFENDANT/RESPONDENT: | |

Date:

_____          ▶ _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF DEFENDANT)

Date:

_____          ▶ _____
(TYPE OR PRINT NAME)                          (SIGNATURE OF ATTORNEY FOR DEFENDANT)

Form Approved for Mandatory Use
Superior Court of California,
County of Alameda
ALA ADR-001 [New January 1, 2010]

**STIPULATION TO ATTEND ALTERNATIVE DISPUTE RESOLUTION (ADR) AND DELAY INITIAL CASE MANAGEMENT CONFERENCE FOR 90 DAYS**

Cal. Rules of Court, rule 3.221(a)(4)

CM-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | *FOR COURT USE ONLY* |
|---|---|

TELEPHONE NO.:               FAX NO. *(Optional):*
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):*

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
  STREET ADDRESS:
  MAILING ADDRESS:
CITY AND ZIP CODE:
  BRANCH NAME:

  PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| **CASE MANAGEMENT STATEMENT** | CASE NUMBER: |
|---|---|
| *(Check one):* ☐ **UNLIMITED CASE** (Amount demanded exceeds $25,000)    ☐ **LIMITED CASE** (Amount demanded is $25,000 or less) | |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date:           Time:        Dept.:        Div.:        Room:

Address of court *(if different from the address above):*

☐  **Notice of Intent to Appear by Telephone,  by** *(name):*

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. ☐  This statement is submitted by party *(name):*
   b. ☐  This statement is submitted **jointly** by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date):*
   b. ☐  The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. ☐  All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. ☐  The following parties named in the complaint or cross-complaint
      (1) ☐  have not been served *(specify names and explain why not):*

      (2) ☐  have been served but have not appeared and have not been dismissed *(specify names):*

      (3) ☐  have had a default entered against them *(specify names):*

   c. ☐  The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served):*

4. **Description of case**
   a. Type of case in  ☐ complaint    ☐ cross-complaint     *(Describe, including causes of action):*

Form Adopted for Mandatory Use
Judicial Council of California
CM-110 [Rev. July 1, 2011]

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court,
rules 3.720–3.730
www.courts.ca.gov

**CM-110**

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

4. b.   Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

☐   *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.   **Jury or nonjury trial**

a.   The party or parties request ☐ a jury trial   ☐ a nonjury trial.   *(If more than one party, provide the name of each party requesting a jury trial):*

6.   **Trial date**

a.   ☐ The trial has been set for *(date):*

b.   ☐ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint   *(if not, explain):*

c.   Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7.   **Estimated length of trial**

The party or parties estimate that the trial will take *(check one):*

a.   ☐ days *(specify number):*

b.   ☐ hours (short causes) *(specify):*

8.   **Trial representation** *(to be answered for each party)*

The party or parties will be represented at trial   ☐ by the attorney or party listed in the caption   ☐ by the following:

a.   Attorney:

b.   Firm:

c.   Address:

d.   Telephone number:                                      f.   Fax number:

e.   E-mail address:                                          g.   Party represented:

☐   Additional representation is described in Attachment 8.

9.   **Preference**

☐   This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**

a.   **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.

(1)   For parties represented by counsel: Counsel ☐ has   ☐ has not   provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.

(2)   For self-represented parties: Party ☐ has   ☐ has not   reviewed the ADR information package identified in rule 3.221.

b.   **Referral to judicial arbitration or civil action mediation** (if available).

(1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.

(2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

(3) ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

**CASE MANAGEMENT STATEMENT**

**CM-110**

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

10. c.   Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or
have already participated in *(check all that apply and provide the specified information):*

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply):* | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation):* |
|---|---|---|
| (1) Mediation | ☐ | ☐ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date):*<br>☐ Agreed to complete mediation by *(date):*<br>☐ Mediation completed on *(date):* |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date):*<br>☐ Agreed to complete settlement conference by *(date):*<br>☐ Settlement conference completed on *(date):* |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date):*<br>☐ Agreed to complete neutral evaluation by *(date):*<br>☐ Neutral evaluation completed on *(date):* |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date):*<br>☐ Agreed to complete judicial arbitration by *(date):*<br>☐ Judicial arbitration completed on *(date):* |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date):*<br>☐ Agreed to complete private arbitration by *(date):*<br>☐ Private arbitration completed on *(date):* |
| (6) Other *(specify):* | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date):*<br>☐ Agreed to complete ADR session by *(date):*<br>☐ ADR completed on *(date):* |

CM-110

| PLAINTIFF/PETITIONER:<br>DEFENDANT/RESPONDENT: | CASE NUMBER: |
|---|---|

**11. Insurance**

a. ☐ Insurance carrier, if any, for party filing this statement *(name):*

b. Reservation of rights: ☐ Yes ☐ No

c. ☐ Coverage issues will significantly affect resolution of this case *(explain):*

**12. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.

☐ Bankruptcy ☐ Other *(specify):*

Status:

**13. Related cases, consolidation, and coordination**

a. ☐ There are companion, underlying, or related cases.

    (1) Name of case:

    (2) Name of court:

    (3) Case number:

    (4) Status:

    ☐ Additional cases are described in Attachment 13a.

b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party):*

**14. Bifurcation**

☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons):*

**15. Other motions**

☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues):*

**16. Discovery**

a. ☐ The party or parties have completed all discovery.

b. ☐ The following discovery will be completed by the date specified *(describe all anticipated discovery):*

| Party | Description | Date |
|---|---|---|

c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify):*

CM-110

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

**17. Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**18. Other issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

**19. Meet and confer**

a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

b. ☐ After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

20. Total number of pages attached *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date:

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

---

CM-110 [Rev. July 1, 2011]                          **CASE MANAGEMENT STATEMENT**                          Page 5 of 5

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ]  [ Save this form ]          [ Clear this form ]

# Exhibit B

THE SUPERIOR COURT OF CALIFORNIA

# COUNTY OF ALAMEDA

| Select Language ▼ |

Español | Tiếng Việt | ਪੰਜਾਬੀ | 简体中文 | 繁體中文

Log In

## *DomainWeb*

*your resource for case filing information*

**Buy Credits**
0 Credit(s)



**Checkout (0 item(s))**

**DomainWeb**     **How This Site Works**     **FAQ**

## Case Details

**Case Number: RG20075803**          **Title: Lee VS Kitchables Products**

| Case Summary | Register of Action | Participants | Tentative Rulings |
|---|---|---|---|
| Future Hearings | Minutes | | |

| Date | Description | Pages | Price | | Select ☐ |
|---|---|---|---|---|---|
| 1/27/2021 | Amendment to Complaint substituting True name(s) for Doe(s) Filed | 5 | $5.00 | Half Page Preview | ☐ |
| 1/26/2021 | Case Management Statement of Brian V. Lee Filed | 9 | $7.00 | Half Page Preview | ☐ |
| 1/26/2021 | Hearing Reset to Case Management Conf Continuance 04/12/2021 10:00 AM D- 520 | | | | |
| 1/26/2021 | Case Management Conference Order Issued | 3 | | View | |
| 1/21/2021 | Amendment to Complaint substituting True name(s) for Doe(s) Filed | 2 | $2.00 | Half Page Preview | ☐ |

| Date | Description | Pages | Price | | Select ☐ |
|------|-------------|-------|-------|--|--------|
| 10/21/2020 | Proof of Service on Complaint As to Kitchables Products Filed | 2 | $2.00 | Half Page Preview | ☐ |
| 10/9/2020 | Notice of Assignment of Judge for All Purposes Issued | 4 | $4.00 | Half Page Preview | ☐ |
| 10/9/2020 | Initial Case Management Conference 02/10/2021 09:30 AM D- 520 | 2 | | View | |
| 9/23/2020 | Summons on Complaint Issued and Filed | 1 | $1.00 | Half Page Preview | ☐ |
| 9/23/2020 | Complaint - Product Liability Filed | 5 | $5.00 | Half Page Preview | ☐ |
| 9/23/2020 | Civil Case Cover Sheet Filed for Brian V. Lee | 2 | $2.00 | Half Page Preview | ☐ |

Page: 1 of 1

**Add Item(s) to buy**

Back to Search Results

23385007

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:** KITCHABLES PRODUCTS and DOES 1
*(AVISO AL DEMANDADO):* to 20, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:** BRIAN V. LEE
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

> **FOR COURT USE ONLY**
> *(SOLO PARA USO DE LA CORTE)*
>
> **FILED**
> ALAMEDA COUNTY
>
> SEP 23 2020
>
> CLERK OF THE SUPERIOR COURT
> By *M Williams*
> Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

   You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

   There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

   *Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

   *Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of Alameda<br>1225 Fallon Street<br>Oakland, California 94612 | **CASE NUMBER:**<br>*(Número del Caso):*<br>RG20075803 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: GARY B. ROTH, Esq.
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
BOXER & GERSON LLP
300 FRANK H OGAWA PLZ, STE 500, OAKLAND, CA 94612    (510) 835-8870

DATE: SEP 23 2020   Chad Finke, Court Executive Officer Clerk, by *M Williams* , Deputy
*(Fecha)*                                              *(Secretario)*              *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]
SUPERIOR COURT OF CALIFORNIA
EUREKA
COUNTY OF ALAMEDA

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courtinfo.ca.gov*<br>Westlaw Doc & Form Builder™ |



23385005

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| GARY B. ROTH, Esq.      SBN: 248031<br>BOXER & GERSON LLP<br>300 FRANK H OGAWA PLAZA, SUITE 500<br>OAKLAND, CA 94612<br>TELEPHONE NO: (510) 835-8870   FAX NO. *(Optional)*: (510) 835-0415<br>E-MAIL ADDRESS *(Optional)*: groth@boxerlaw.com<br>ATTORNEY FOR *(Name)*: Brian V. Lee | **FILED**<br>ALAMEDA COUNTY<br><br>SEP 23 2020<br>CLERK OF THE SUPERIOR COURT<br>By _____<br>Deputy |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ALAMEDA
STREET ADDRESS: 1225 Fallon St.
MAILING ADDRESS: Same as above
CITY AND ZIP CODE: Oakland, 94612
BRANCH NAME: Rene C. Davidson Alameda County Courthouse

PLAINTIFF: BRIAN V. LEE

DEFENDANT: KITCHABLES PRODUCTS and

[X] DOES 1 TO ___20___

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death | CASE NUMBER: |
|---|---|
| [ ] **AMENDED** *(Number):*<br>**Type** *(check all that apply):*<br>[ ] MOTOR VEHICLE   [X] OTHER *(specify):* PRODUCTS LIABILITY<br>  [ ] Property Damage   [ ] Wrongful Death<br>  [X] Personal Injury   [ ] Other Damages *(specify):*<br>**Jurisdiction** *(check all that apply):*<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>  Amount demanded [ ] does not exceed $10,000<br>         [ ] exceeds $10,000, but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>  [ ] from limited to unlimited<br>  [ ] from unlimited to limited | RG 2 0 0 7 5 8 0 3 |

1. **Plaintiff** *(name or names):* Brian V. Lee
   alleges causes of action against **defendant** *(name or names):* Kitchables Products and DOES 1 to 20

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5
3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder*

SEP 23 2020

PLD-PI-001

| SHORT TITLE: LEE v. KITCHABLES PRODUCTS | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name)*:

is doing business under the fictitious name *(specify)*:

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☒ **except** defendant *(name)*: KITCHABLES PRODUCTS
      (1) ☒ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   c. ☐ **except** defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   b. ☐ **except** defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   d. ☐ **except** defendant *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☐ Doe defendants *(specify Doe numbers)*: _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers)*: 1 to 20 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify)*:

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: LEE v. KITCHABLES PRODUCTS | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☒ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify):*

11. Plaintiff has suffered
   a. ☒ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☒ loss of earning capacity
   g. ☒ other damage *(specify):* Prejudgment interest according to law; Costs of suit; and, such other and further relief as is just and proper.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
   (1) ☒ according to proof
   (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: September 22, 2020

GARY B. ROTH
     (TYPE OR PRINT NAME)

▶ *Gary B. Roth*
     (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(2)

| | |
|---|---|
| SHORT TITLE: LEE v. KITCHABLES PRODUCTS | CASE NUMBER: |

_____FIRST_____   **CAUSE OF ACTION—General Negligence**   Page 4_____
    (number)

ATTACHMENT TO   ☒ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* BRIAN V. LEE

alleges that defendant *(name):* KITCHABLES PRODUCTS and

☒ Does ____1____ to ____20____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* or about October 15, 2018
at *(place):* 25557 Foggy Glen Drive, Castro Valley, CA 94552

*(description of reasons for liability):*

Plaintiff Brian V. Lee suffered injuries when he was drinking a beverage from the tea cup he purchased from defendants Kitchables Products on Amazon.com.

At all times herein mentioned each defendant was the agent, employee, or joint venturer of each remaining defendant, and/or thereafter ratified or approved the acts of each remaining defendant. Defendants, and each of them, designed, controlled, installed, manufactured, advertised, filled, assembled, distributed, and/or sold tea cups on Amazon.com.

As a legal result of the acts of and/or omissions of Defendants, and each of them, Brian Lee suffered injuries caused by a tea cup that exploded while he was drinking a beverage. The tea cups and its component parts contained manufacturing and/or design defects in that the tea cup exploded when plaintiff handled the tea cup in a reasonably foreseeable manner. Plaintiff's injuries resulted from the use of the tea cup and its component parts that was intended and/or reasonably foreseeable to said defendants. Use of the tea cup and its component parts in a manner that was intended and/or reasonably foreseeable by the defendants involved a substantial danger that would not be readily recognized by an ordinary user of the product, namely by plaintiff Brian Lee.

Defendants, and each of them, knew or should have known of the danger, but failed to give plaintiff warning of the potential safety hazard and danger posed by the tea cup and its component parts, which were designed, manufactured, delivered, assembled and/or sold by defendants. Defendants were in the business of manufacturing, distributing and/or selling tea cups and component parts; and on or about October 15, 2018 did, in fact, manufacture, distribute and/or sell tea cups and component parts to plaintiff which failed to perform safely and caused plaintiff's injuries. Defendants had a duty to inspect, repair, recall and/or warn of the tea cup to minimize the safety hazards.

Defendants failed to adequately control, inspect and maintain the tea cup on or before October 15, 2018, and plaintiff was injured as a direct result of defendants' failure to control, inspect and maintain the tea cup. Defendants owed a duty of care to plaintiff.

As a legal result of the acts of and/or omissions of defendants, and each of them, plaintiff Brian Lee was hurt and injured in his health, strength and activity, sustained injury to his body and shock and injury to his nervous system and person, all of which have caused him great mental and physical pain, suffering, and emotional distress, will in the future cause him permanent disability, and have resulted in general damages in an amount in excess of the jurisdictional minimum of this Court.

As a legal result of the acts of and/or omissions of defendants, and each of them, plaintiff Brian Lee was and is required to employ physicians, surgeons, and other health care providers to examine, treat, and care for him, and to incur medical and related expenses in an amount in excess of the jurisdictional minimum of this Court.

As a legal result of the acts of and/or omissions of defendants, and each of them, plaintiff Brian Lee was prevented from attending to his usual occupation, sustaining loss of earnings, loss of earning capacity, vocational rehabilitation expenses, and other economic losses in an amount in excess of the jurisdictional minimum of this Court.

Said negligence of defendants was a legal cause of injury and damage to plaintiff.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder™

PLD-PI-001(5)

| SHORT TITLE: LEE v. KITCHABLES PRODUCTS | CASE NUMBER: |
|---|---|

<u>    SECOND    </u>      **CAUSE OF ACTION—Products Liability**      Page <u>5</u>
(number)

ATTACHMENT TO    [ X ] Complaint    [  ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* BRIAN V. LEE

Prod. L-1. On or about *(date):* October 15, 2018      plaintiff was injured by the following product: Tea Cup Set of 4 - Modern Double Wall Glass Insulated Teacups Best Paired with your Teapot or Coffee (2.5) sold by Kitchables Products

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
[ X ]  used in the manner intended by the defendants.
[ X ]  used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
[ X ]  purchaser of the product.          [ X ]  user of the product.
[  ]  bystander to the use of the product.    [  ]  other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L- 4.  [ X ]  **Count One—Strict liability** of the following defendants who
a.  [ X ]  manufactured or assembled the product *(names):* KITCHABLES PRODUCTS and

[ X ] Does ____1____ to ____20____

b.  [ X ]  designed and manufactured component parts supplied to the manufacturer *(names):* KITCHABLES PRODUCTS

[  ] Does ____1____ to ____20____

c.  [ X ]  sold the product to the public *(names):* KITCHABLES PRODUCTS and

[ X ] Does ____1____ to ____20____

Prod. L-5.  [ X ]  **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):* KITCHABLES PRODUCTS and

[ X ] Does ____1____ to ____20____

Prod. L-6.  [ X ]  **Count Three—Breach of warranty** by the following defendants *(names):* KITCHABLES PRODUCTS and

[ X ] Does ____1____ to ____20____

a.  [ X ]  who breached an implied warranty
b.  [ X ]  who breached an express warranty which was
[ X ] written    [  ] oral

Prod. L-7.  [ X ]  The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[  ] listed in Attachment-Prod. L-7 [ X ]  as follows: KITCHABLES PRODUCTS and DOES 1 to 20

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]                 **CAUSE OF ACTION—Products Liability**                 Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov
Westlaw Doc & Form Builder

23385006

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
GARY B. ROTH, Esq.        SBN: 248031
BOXER & GERSON LLP
300 FRANK H OGAWA PLZ, STE 500, OAKLAND, CA 94612
TELEPHONE NO.:(510) 835-8870      FAX NO.:(510) 835-0415
ATTORNEY FOR *(Name):* Brian V. Lee

**FILED**
ALAMEDA COUNTY

SEP 23 2020

CLERK OF THE SUPERIOR COURT
By _____
Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS: Same as above
CITY AND ZIP CODE: Oakland, 94612
BRANCH NAME: Rene C. Davidson Alameda County Courthouse

CASE NAME: BRIAN V. LEE v. KITCHABLES PRODUCTS and DOES
1 to 20, inclusive

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: RG 2 0 0 7 5 8 0 3 |
|---|---|---|
| [X] Unlimited   [ ] Limited (Amount demanded exceeds $25,000) (Amount demanded is $25,000 or less) | [ ] Counter   [ ] Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: |
| | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[X] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is  [X] is not    complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties      d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel      e. [ ] Coordination with related actions pending in one or more courts
        issues that will be time-consuming to resolve          in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence        f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action *(specify):* Two (2)
5. This case [ ] is  [X] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: September 22, 2020
GARY B. ROTH                                          ▶ *Gary B. Roth*
_____                      _____
(TYPE OR PRINT NAME)                                  (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.
Page 1 of 2

| Form Adopted for Mandatory Use Judicial Council of California CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 www.courtinfo.ca.gov Westlaw Doc & Form Builder™ |
|---|---|---|

(SEP 23 2020

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
   Damage/Wrongful Death
Uninsured Motorist (46) (*if the
   case involves an uninsured
   motorist claim subject to
   arbitration, check this item
   instead of Auto*)
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
   Asbestos Property Damage
   Asbestos Personal Injury/
      Wrongful Death
Product Liability (*not asbestos or
   toxic/environmental*) (24)
Medical Malpractice (45)
   Medical Malpractice–
      Physicians & Surgeons
   Other Professional Health Care
      Malpractice
Other PI/PD/WD (23)
   Premises Liability (e.g., slip
      and fall)
   Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
   Intentional Infliction of
      Emotional Distress
   Negligent Infliction of
      Emotional Distress
   Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
   Practice (07)
Civil Rights (e.g., discrimination,
   false arrest) (*not civil
   harassment*) (08)
Defamation (e.g., slander, libel)
   (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
   Legal Malpractice
   Other Professional Malpractice
      (*not medical or legal*)
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
   Breach of Rental/Lease
      Contract (*not unlawful detainer
      or wrongful eviction*)
   Contract/Warranty Breach–Seller
      Plaintiff (*not fraud or negligence*)
   Negligent Breach of Contract/
      Warranty
   Other Breach of Contract/Warranty
Collections (e.g., money owed, open
   book accounts) (09)
   Collection Case–Seller Plaintiff
   Other Promissory Note/Collections
      Case
Insurance Coverage (*not provisionally
   complex*) (18)
   Auto Subrogation
   Other Coverage
Other Contract (37)
   Contractual Fraud
   Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
   Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
   Writ of Possession of Real Property
   Mortgage Foreclosure
   Quiet Title
   Other Real Property (*not eminent
      domain, landlord/tenant, or
      foreclosure*)
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (*if the case involves illegal
   drugs, check this item; otherwise,
   report as Commercial or Residential*)
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
   Writ–Administrative Mandamus
   Writ–Mandamus on Limited Court
      Case Matter
   Writ–Other Limited Court Case
      Review
Other Judicial Review (39)
   Review of Health Officer Order
   Notice of Appeal–Labor
      Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
   (*arising from provisionally complex
   case type listed above*) (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
   Abstract of Judgment (Out of
      County)
   Confession of Judgment (*non-
      domestic relations*)
   Sister State Judgment
   Administrative Agency Award
      (*not unpaid taxes*)
   Petition/Certification of Entry of
      Judgment on Unpaid Taxes
   Other Enforcement of Judgment
      Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (*not specified
   above*) (42)
   Declaratory Relief Only
   Injunctive Relief Only (*non-
      harassment*)
   Mechanics Lien
   Other Commercial Complaint
      Case (*non-tort/non-complex*)
   Other Civil Complaint
      (*non-tort/non-complex*)
**Miscellaneous Civil Petition**
Partnership and Corporate
   Governance (21)
Other Petition (*not specified
   above*) (43)
   Civil Harassment
   Workplace Violence
   Elder/Dependent Adult
      Abuse
   Election Contest
   Petition for Name Change
   Petition for Relief From Late
      Claim
   Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

22816228

1  GARY B. ROTH, Esq. [SBN248031]
   ERIC S. RITIGSTEIN, Esq. [SBN249026]
2  BOXER & GERSON, LLP
   300 Frank H. Ogawa Plaza
3  Rotunda Building, Suite 500
   Oakland, California 94612
4  Telephone:    (510) 835-8870
   Facsimile:    (510) 835-0415
5
6  Attorneys for Plaintiff(s)
7  BRIAN V. LEE

**FILED**
ALAMEDA COUNTY

JAN 2 1 2021

CLERK OF THE SUPERIOR COURT
By _____ Deputy

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA
9                         COUNTY OF ALAMEDA
10
11 BRIAN V. LEE,                          Case No. RG20075803
                                          (Unlimited Civil Jurisdiction)
12          Plaintiff(s),
13 v.                                     ASSIGNED FOR ALL PURPOSES TO
                                          JUDGE Julia Spain
14                                        DEPARTMENT 520
   KITCHABLES PRODUCTS and DOES 1
15 through 20, inclusive,                 **DOE AMENDMENT TO COMPLAINT
                                          FOR PERSONAL INJURIES AND
16          Defendants.                   DAMAGES TO ADD TRUE NAME OF
                                          DEFENDANT FICTITIOUSLY NAMED
17                                        DOE 1**
18
19                                        Complaint Filed: September 23, 2020
   _____/
20
21
22          Plaintiff was ignorant of the true name of a defendant and designated that defendant in
23 the Complaint by the fictitious name of "DOE 1." Plaintiff has discovered the true name of this
24 defendant to be AMAZON.COM, INC. and hereby amends the Complaint by inserting this true
   name in the place of the fictitious name "DOE 1" wherever it appears in the Complaint.
25
26 ///
27 ///
28 ///

                                          1

DOE AMENDMENT TO COMPLAINT FOR PERSONAL INJURIES AND DAMAGES TO ADD TRUE NAME
              OF DEFENDANT FICTITIOUSLY NAMED DOE 1

1

2  Dated: January 20, 2021                    BOXER & GERSON, LLP,

3

4                                             By: _____

5                                                 GARY B. ROTH
                                                  ERIC S. RITIGSTEIN
6                                                 Attorneys for Plaintiff(s)
                                                  BRIAN V. LEE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**DOE AMENDMENT TO COMPLAINT FOR PERSONAL INJURIES AND DAMAGES TO ADD TRUE NAME OF DEFENDANT FICTITIOUSLY NAMED DOE 1**

Case 4:21-cv-01913-HSG   Document 1   Filed 03/18/21   Page 47 of 72

23492196

1  GARY B. ROTH, Esq. [SBN248031]
   ERIC S. RITIGSTEIN, Esq. [SBN249026]
2  BOXER & GERSON, LLP
   300 Frank H. Ogawa Plaza
3  Rotunda Building, Suite 500
   Oakland, California 94612
4  Telephone:    (510) 835-8870
5  Facsimile:    (510) 835-0415

6  Attorneys for Plaintiff(s)
7  BRIAN V. LEE

**F I L E D**
ALAMEDA COUNTY

JAN 2 7 2021

CLERK OF THE SUPERIOR COURT
By_____
                        Deputy

8           SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      COUNTY OF ALAMEDA

10

11 BRIAN V. LEE,                          Case No. RG20075803
                                          (Unlimited Civil Jurisdiction)
12          Plaintiff(s),

13 v.                                     ASSIGNED FOR ALL PURPOSES TO
                                          JUDGE Julia Spain
14                                        DEPARTMENT 520
   KITCHABLES PRODUCTS and DOES 1
15 through 20, inclusive,                 **DOE AMENDMENT TO COMPLAINT**
                                          **FOR PERSONAL INJURIES AND**
16          Defendants.                   **DAMAGES TO ADD TRUE NAME OF**
                                          **DEFENDANT FICTITIOUSLY NAMED**
17                                        **DOE 2**

18

19 _____/     Complaint Filed: September 23, 2020

20

21

22      Plaintiff was ignorant of the true name of a defendant and designated that defendant in

23 the Complaint by the fictitious name of "DOE 2." Plaintiff has discovered the true name of this

24 defendant to be NICK COE and hereby amends the Complaint by inserting this true name in the

25 place of the fictitious name "DOE 2" wherever it appears in the Complaint.

26 ///

27 ///

28 ///

                                          1

DOE AMENDMENT TO COMPLAINT FOR PERSONAL INJURIES AND DAMAGES TO ADD TRUE NAME
OF DEFENDANT FICTITIOUSLY NAMED DOE 2



1    Dated: January 26, 2021        BOXER & GERSON, LLP,

2

3                          By: _____

4                               GARY B. ROTH

5                               ERIC S. RITIGSTEIN
                                Attorneys for Plaintiff(s)

6                               BRIAN V. LEE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

DOE AMENDMENT TO COMPLAINT FOR PERSONAL INJURIES AND DAMAGES TO ADD TRUE NAME
OF DEFENDANT FICTITIOUSLY NAMED DOE 2

1
## PROOF OF SERVICE

2
STATE OF CALIFORNIA, COUNTY OF ALAMEDA ) ss.

3
     I am a citizen of the United States of America, employed in the County of Alameda, State

4
of California; I am over the age of 18 years and not a party to the within entitled action; my

business address is 300 Frank H. Ogawa Plaza, Rotunda Building, Suite 500, Oakland,

5
California, 94612.

6
     On **January 26, 2021,** I served the document, described as

7
**DOE AMENDMENT TO COMPLAINT FOR PERSONAL INJURIES AND
DAMAGES TO ADD TRUE NAME OF DEFENDANT FICTITIOUSLY NAMED**

8
**DOE 2**

9
on the interested parties to said action by the following means:

10
☒    (By Mail) By placing a true copy thereof, enclosed in a sealed envelope with postage

11
        thereon fully prepaid, for collection and mailing on that date following ordinary

        business practices, in the United States Mail at the offices of Boxer & Gerson,

12
        Oakland, California, addressed as shown below.  I am readily familiar with this

13
        business's practice for collection and processing of correspondence for mailing with

14
        the U.S. Postal Service, and in the ordinary course of business correspondence would

15
        be deposited with the U.S. Postal Service the same day it was placed for collection

16
        and processing.

17
☐    (By Personal Service) By personally delivering a true copy thereof, enclosed in a sealed

18
        envelope, to the addressees shown below.

☐    (By Hand Delivery) By causing a true copy thereof, enclosed in a sealed envelope, to be

19
        delivered by hand to the addresses shown below.

20
☒    (By Electronic Transmission) By transmitting a pdf copy thereof by electronic

21
        transmission from e-mail address rmartinez@boxerlaw.com to the interested parties

22
        to said action; the transmission was reported as complete and without error, and a

23
        copy of the transmission report is attached hereto and incorporated herein by

24
        reference.

25
☐    (By Facsimile Transmission) By transmitting a true copy thereof by facsimile

26
        transmission from facsimile number (510) 835-0415, to the interested parties to said

        action; the transmission was reported as complete and without error.

27

28

1   ☐   (By Overnight Delivery) By placing a true copy thereof, enclosed in a sealed envelope,

2       with delivery charges prepaid, to be sent by UPS Next Day Air, addressed as shown

3       below.

4       I declare under penalty of perjury that the foregoing is true and correct, and that I am

5   employed in the office of a member of the Bar of this Court at whose direction the service was

6   made.

7       Executed on **January 26, 2021**, at Oakland, California.

8       ROSA M. MARTINEZ

---

PROOF OF SERVICE
BRIAN V. LEE V. KITCHABLES PRODUCTS, ET AL.

1

**PROOF OF SERVICE LIST:**

2

***Via Certified Mail – Return Receipt Requested***
Kitchables Products

3

612 9th Street

4

Niagara Falls, NY 14301
Email: nick@kitchables.com

5

**Defendant**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## *Superior Court of California, County of Alameda*



## *Notice of Assignment of Judge for All Purposes*

Case Number: RG20075803
Case Title:    Lee VS Kitchables Products
Date of Filing: 09/23/2020

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**Pursuant to Rule 3.734 of the California Rules of Court and Title 3 Chapter 2 of the Local Rules of the Superior Court of California, County of Alameda, this action is hereby assigned by the Presiding Judge for all purposes to:**

| | |
|---|---|
| **Judge:** | **Julia Spain** |
| **Department:** | **520** |
| **Address:** | **Hayward Hall of Justice** |
| | **24405 Amador Street** |
| | **Hayward  CA  94544** |
| **Phone Number:** | **(510) 690-2729** |
| **Fax Number:** | **(510) 267-1531** |
| **Email Address:** | **Dept520@alameda.courts.ca.gov** |

Under direct calendaring, this case is assigned to a single judge for all purposes including trial.

**Please note: In this case, any challenge pursuant to Code of Civil Procedure section 170.6 must be exercised within the time period provided by law.  (See Code Civ. Proc. §§ 170.6, subd. (a)(2) and 1013.)**

NOTICE OF NONAVAILABILITY OF COURT REPORTERS: Effective June 4, 2012, the court will not provide a court reporter for civil law and motion hearings, any other hearing or trial in civil departments, or any afternoon hearing in Department 201 (probate). Parties may arrange and pay for the attendance of a certified shorthand reporter. In limited jurisdiction cases, parties may request electronic recording.

Amended Local Rule 3.95 states: "Except as otherwise required by law, in general civil case and probate departments, the services of an official court reporter are not normally available. For civil trials, each party must serve and file a statement before the trial date indicating whether the party requests the presence of an official court reporter."

Counsel(s) are expected to be familiar with the Statement of Professionalism and Civility, Alameda County Bar Association (www.acbanet.org).

IT IS THE DUTY OF EACH PLAINTIFF AND CROSS COMPLAINANT TO SERVE A COPY

OF THIS NOTICE IN ACCORDANCE WITH LOCAL RULES.

**General Procedures**

Following assignment of a civil case to a specific department, all pleadings, papers, forms, documents and writings can be submitted for filing at either Civil Clerk's Office, located at the René C. Davidson Courthouse, Room 109, 1225 Fallon Street, Oakland, California, 94612, and the Hayward Hall of Justice, 24405 Amador Street, Hayward, California, 94544. All documents, with the exception of the original summons and the original civil complaint, shall have clearly typed on the face page of each document, under the case number, the following:

ASSIGNED FOR ALL PURPOSES TO
JUDGE Julia Spain
DEPARTMENT 520

All parties are expected to know and comply with the Local Rules of this Court, which are available on the court's website at: http://www.alameda.courts.ca.gov/Pages.aspx/Local-Rules(1)  and with the California Rules of Court, which are available at www.courtinfo.ca.gov.

Parties must meet and confer to discuss the effective use of mediation or other alternative dispute processes (ADR) prior to the Initial Case Management Conference.  The court encourages parties to file a "Stipulation to Attend ADR and Delay Initial Case Management Conference for 90 Days".  Plaintiff received that form in the ADR information package at the time the complaint was filed.  The court's website also contains this form and other ADR information.  If the parties do not stipulate to attend ADR, the parties must be prepared to discuss referral to ADR at the Initial Case Management Conference.

Appearances by attorneys not counsel of record are not permitted except for good cause shown. (Non-emergency scheduling conflicts are not good cause). Any appearing counsel must have full authority to make decisions on a case.

All references to counsel apply equally to self-represented parties and all must comply with all the rules cited in this Notice. Parties are reminded that the dept. clerk is prohibited from giving legal advice. Self-represented parties are encouraged to use the Self-Help Center at the Hayward Hall of Justice, 24405 Amador St., Dept. 501, Hayward.

Email is the best method of communicating with court staff. Email address for counsel or self-represented litigants must be listed in the caption of all filed papers, as required by CRC 2.111(1).  All email communications must be copied to all parties for whom an email address is available. Pleadings/documents shall not be transmitted via email.

**Schedule for Department 520**

The following scheduling information is subject to change at any time, without notice. Please contact the department at the phone number or email address noted above if you have questions.

- Trials generally are held:  Mondays, Tuesdays, Thursdays and Fridays, beginning at 9:30 a.m.

- Trial Readiness Conferences are held 2 weeks prior to trial date. Compliance with Local Rule 3.35 and personal appearance of trial counsel is required.

- Case Management Conferences are held:  Wednesdays at 9:30 a.m. Timely filed and complete CMC Statements with courtesy copy to Dept. 520 are required.   The

court will usually publish a Tentative Case Management Order.  Check DOMAIN to see if Order waives CMC appearance.

- Law and Motion matters are heard:  Wednesdays and Thursdays at 2:00 p.m.; Litigants must contact the dept. clerk to reserve a date before filing any law and motion matter. See further procedures below.

- Settlement Conferences are heard:  Court resources are limited. Counsel are encouraged to consider alternative dispute resolution. Conferences will be specially set as appropriate.

- Ex Parte matters are heard:  On written applications only on Mondays - Thursdays. Email Dept. 520 to request date.  Moving party must give 48 hours prior notice to opponent advising written opposition must be filed and courtesy copy delivered to Dept. 520 within 24 hours.

- Check Domain, Dept. 520 webpage, click on "List of Documents" for other useful materials.

- DISCOVERY DISPUTES: Parties must exhaust Meet and Confer requirements before contacting the court for a hearing date.  No Motion to Compel Discovery will be scheduled until after the parties complete an informal discovery resolution process thru the court.   Email the dept. for a date and further details before preparing any Motion to Compel.

### Law and Motion Procedures

To obtain a hearing date for a Law and Motion or ex parte matter, parties must contact the department as follows:

- Motion Reservations
    Email:        dept520@alameda.courts.ca.gov

    Please provide: 1) Name of case; 2) Case number; 3) Title of motion; 4) Moving party; 5) Name of Responding Party's Counsel and email address.

- Ex Parte Matters
    Email:        dept520@alameda.courts.ca.gov

### Tentative Rulings

The court may issue tentative rulings in accordance with the Local Rules.  Tentative rulings will become the Court's order unless contested in accordance with the Local Rules. Tentative rulings will be available at:

- Website:  www.alameda.courts.ca.gov/domainweb, Calendar Information for Dept. 520

- Phone:  1-866-223-2244

Dated:  10/09/2020

_____

Facsimile

Presiding Judge,
Superior Court of California, County of Alameda

---

**CLERK'S CERTIFICATE OF MAILING**

I certify that the following is true and correct:  I am the clerk of the above-named court and not a party to this cause.  I served this Notice by placing copies in envelopes addressed as shown on the attached Notice of Initial Case Management Conference and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 10/13/2020

By   _____

Deputy Clerk



22659716
POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| GARY B. ROTH, Esq.          SBN: 248031<br>BOXER & GERSON LLP<br>300 FRANK H OGAWA PLAZA, SUITE 500<br>OAKLAND, CA  94612<br>TELEPHONE NO.:(510) 835-8870      FAX NO. *(Optional)*: (510) 835-0415<br>E-MAIL ADDRESS *(Optional)*: groth@boxerlaw.com<br>ATTORNEY FOR *(Name)*: Brian V. Lee | **FILED**<br>**ALAMEDA COUNTY**<br>**OCT 2 1 2020**<br>**CLERK OF THE SUPERIOR COURT**<br>BY ~~*Christie Victor*~~<br>~~Deputy~~ |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS: Same as above
CITY AND ZIP CODE: Oakland, 94612
BRANCH NAME: Rene C. Davidson Alameda County Courthouse

| | |
|---|---|
| PLAINTIFF/PETITIONER: BRIAN V. LEE<br><br>DEFENDANT/RESPONDENT: KITCHABLES PRODUCTS, et al. | CASE NUMBER:<br>RG20075803 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [X] summons
   b. [X] complaint
   c. [X] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*: Notice of Assignment of Judge for All Purposes; Notice of Case Management Conference and Order; Blank Case Management Statement
3. a. Party served *(specify name of party as shown on documents served)*:

   **KITCHABLES PRODUCTS**

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: 612 9th Street, Niagara Falls, NY 14301

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*:          (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*:          at *(time)*:          I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:          from *(city)*:          or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10<br>Westlaw Doc & Form Builder

Filed By Fax

| PLAINTIFF/PETITIONER: BRIAN V. LEE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: KITCHABLES PRODUCTS, et al. | RG20075803 |

5. c. [X] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

     (1) on *(date):* October 20, 2020     (2) from *(city):* OAKLAND

     (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

     (4) [X] to an address outside California with return receipt requested.  (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section):*

     [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. [ ] as an individual defendant.

  b. [ ] as the person sued under the fictitious name of *(specify):*

  c. [ ] as occupant.

  d. [X] On behalf of *(specify):* KITCHABLES PRODUCTS

     under the following Code of Civil Procedure section:

| | |
|---|---|
| [ ] 416.10 (corporation) | [X] 415.95 (business organization, form unknown) |
| [ ] 416.20 (defunct corporation) | [ ] 416.60 (minor) |
| [ ] 416.30 (joint stock company/association) | [ ] 416.70 (ward or conservatee) |
| [ ] 416.40 (association or partnership) | [ ] 416.90 (authorized person) |
| [ ] 416.50 (public entity) | [ ] 415.46 (occupant) |
| | [ ] other: |

7. **Person who served papers**

  a. Name: Rosa Martinez

  b. Address: 300 Frank H. Ogawa Plaza, Suite 500, Oakland, CA 94612

  c. Telephone number: (510) 835-8870

  d. The fee for service was: $8.20

  e. I am:

     (1) [X] not a registered California process server.

     (2) [ ] exempt from registration under Business and Professions Code section 22350(b).

     (3) [ ] a registered California process server:

       (i) [ ] owner [ ] employee [ ] independent contractor.

       (ii) Registration No.:

       (iii) County:

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     or

9. [ ] **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: October 20, 2020

Rosa Martinez
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE )

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>GARY B. ROTH, Esq.      SBN: 248031<br>BOXER & GERSON LLP<br>300 FRANK H OGAWA PLAZA, SUITE 500<br>OAKLAND, CA 94612<br>TELEPHONE NO.: (510) 835-8870    , FAX NO. *(Optional):* (510) 835-0415<br>E-MAIL ADDRESS *(Optional):* groth@boxerlaw.com<br>ATTORNEY FOR *(Name):* Brian V. Lee | **FILED BY E-DELIVERY**<br>ALAMEDA COUNTY<br>January 26, 2021<br>CLERK OF<br>THE SUPERIOR COURT<br>By Elaine Jefferson, Deputy<br>CASE NUMBER:<br>**RG20075803** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS: Same as above
CITY AND ZIP CODE: Oakland, 94612
BRANCH NAME: Rene C. Davidson Alameda County Courthouse

PLAINTIFF/PETITIONER: BRIAN V. LEE

DEFENDANT/RESPONDENT: KITCHABLES PRODUCTS, et al.

| CASE MANAGEMENT STATEMENT | CASE NUMBER: |
|---|---|
| *(Check one):* [X] UNLIMITED CASE<br>(Amount demanded exceeds $25,000)    [ ] LIMITED CASE<br>(Amount demanded is $25,000 or less) | RG20075803 |

A **CASE MANAGEMENT CONFERENCE** is scheduled as follows:

Date: February 10, 2021    Time: 9:30 a.m.    Dept.: 520    Div.: Civil    Room:

Address of court *(if different from the address above):* Hayward Hall of Justice, 24405 Amador Street, Hayward, CA 94544

[X] Notice of Intent to Appear by Telephone, by *(name):* Gary B. Roth, Esq.

**INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.**

1. **Party or parties** *(answer one):*
   a. [X] This statement is submitted by party *(name):* Brian V. Lee
   b. [ ] This statement is submitted **jointly** by parties *(names):*

2. **Complaint and cross-complaint** *(to be answered by plaintiffs and cross-complainants only)*
   a. The complaint was filed on *(date):* September 23, 2020
   b. [ ] The cross-complaint, if any, was filed on *(date):*

3. **Service** *(to be answered by plaintiffs and cross-complainants only)*
   a. [ ] All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. [X] The following parties named in the complaint or cross-complaint
      (1) [X] have not been served *(specify names and explain why not):* Kitchables Products, attempted service by mail and mail returned; attempting to locate defendant.
      (2) [ ] have been served but have not appeared and have not been dismissed *(specify names):*
      (3) [ ] have had a default entered against them *(specify names):*
   c. [X] The following additional parties may be added *(specify names, nature of involvement in case, and date by which they may be served):* Amazon.com, Inc., product seller, to be served by February 26, 2021; Nick Coe, owner of Kitchables Products, to be served by March 5, 2021.

4. **Description of case**
   a. Type of case in [X] complaint   [ ] cross-complaint   *(Describe, including causes of action):* Personal Injury - Products Liability

Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-110 [Rev. July 1, 2011]

**CASE MANAGEMENT STATEMENT**

Cal. Rules of Court,<br>rules 3.720–3.730<br>www.courts.ca.gov<br>Westlaw Doc & Form Builder

CM-110

| PLAINTIFF/PETITIONER: BRIAN V. LEE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: KITCHABLES PRODUCTS, et al. | RG20075803 |

4. b.    Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

On or about October 15, 2018, plaintiff Brian V. Lee suffered severe injuries to his eye and face when a glass tea cup he purchased from Kitchables Products through Amazon.com exploded while he was drinking out of it. The full extent of injuries and damages have not yet been determined.

☐    *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.    **Jury or nonjury trial**
The party or parties request    ☒ a jury trial   ☐ a nonjury trial.    *(If more than one party, provide the name of each party requesting a jury trial):*

6.    **Trial date**
a.    ☐   The trial has been set for *(date):*
b.    ☒   No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

c.    Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*
See Attachment 6.c.

7.    **Estimated length of trial**
The party or parties estimate that the trial will take *(check one):*
a.    ☒   days *(specify number):* Eight (8) to Ten (10)
b.    ☐   hours (short causes) *(specify):*

8.    **Trial representation** *(to be answered for each party)*
The party or parties will be represented at trial    ☒   by the attorney or party listed in the caption   ☐ by the following:
a.    Attorney:
b.    Firm:
c.    Address:
d.    Telephone number:                                          f.    Fax number:
e.    E-mail address:                                             g.    Party represented: Plaintiff Brian V. Lee
☐    Additional representation is described in Attachment 8.

9.    **Preference**
☐   This case is entitled to preference *(specify code section):*

10.    **Alternative dispute resolution (ADR)**
a.    **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 for information about the processes available through the court and community programs in this case.
(1)   For parties represented by counsel: Counsel ☒  has ☐  has not  provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.

(2)   For self-represented parties: Party ☐  has ☐  has not  reviewed the ADR information package identified in rule 3.221.

b.    **Referral to judicial arbitration or civil action mediation** (if available).
(1)   ☐    This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.

(2)   ☐    Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

(3)   ☐    This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

CM-110

| PLAINTIFF/PETITIONER: BRIAN V. LEE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: KITCHABLES PRODUCTS, et al. | RG20075803 |

10. c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

| | The party or parties completing this form **are willing** to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case **have agreed** to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | [X] | [X] Mediation session not yet scheduled<br>[ ] Mediation session scheduled for *(date)*:<br>[ ] Agreed to complete mediation by *(date)*:<br>[ ] Mediation completed on *(date)*: |
| (2) Settlement conference | [ ] | [ ] Settlement conference not yet scheduled<br>[ ] Settlement conference scheduled for *(date)*:<br>[ ] Agreed to complete settlement conference by *(date)*:<br>[ ] Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | [ ] | [ ] Neutral evaluation not yet scheduled<br>[ ] Neutral evaluation scheduled for *(date)*:<br>[ ] Agreed to complete neutral evaluation by *(date)*:<br>[ ] Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | [ ] | [ ] Judicial arbitration not yet scheduled<br>[ ] Judicial arbitration scheduled for *(date)*:<br>[ ] Agreed to complete judicial arbitration by *(date)*:<br>[ ] Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | [ ] | [ ] Private arbitration not yet scheduled<br>[ ] Private arbitration scheduled for *(date)*:<br>[ ] Agreed to complete private arbitration by *(date)*:<br>[ ] Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | [ ] | [ ] ADR session not yet scheduled<br>[ ] ADR session scheduled for *(date)*:<br>[ ] Agreed to complete ADR session by *(date)*:<br>[ ] ADR completed on *(date)*: |

CM-110 [Rev. July 1, 2011]                **CASE MANAGEMENT STATEMENT**                    Page 3 of 5

CM-110

| | |
|---|---|
| PLAINTIFF/PETITIONER BRIAN V. LEE | CASE NUMBER: |
| DEFENDANT/RESPONDENT KITCHABLES PRODUCTS, et al. | RG20075803 |

**11. Insurance**

a. ☐ Insurance carrier, if any, for party filing this statement *(name)*:

b. Reservation of rights: ☐ Yes ☐ No

c. ☐ Coverage issues will significantly affect resolution of this case *(explain)*:

**12. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.

☐ Bankruptcy ☐ Other *(specify)*:

Status:

**13. Related cases, consolidation, and coordination**

a. ☐ There are companion, underlying, or related cases.

 (1) Name of case:

 (2) Name of court:

 (3) Case number:

 (4) Status:

 ☐ Additional cases are described in Attachment 13a.

b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party)*:

**14. Bifurcation**

☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons)*:

**15. Other motions**

☐ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues)*:

**16. Discovery**

a. ☐ The party or parties have completed all discovery.

b. ☒ The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

| Party | Description | Date |
|---|---|---|
| Plaintiff | Written Discovery to Defendants | April 2021 |
| Plaintiff | Supplemental Discovery to Defendants | TBD |
| Plaintiff | Depositions of Defendants and Percipient Witnesses | May 2021 |
| Plaintiff | Depositions of Expert Witnesses | Per Code |

c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify)*:

CM-110

| PLAINTIFF/PETITIONER: BRIAN V. LEE | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: KITCHABLES PRODUCTS, et al. | RG20075803 |

**17. Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**18. Other issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

**19. Meet and confer**

a. ☐ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

b. After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*

20. Total number of pages attached *(if any):* 1

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: January 26, 2021

GARY B. ROTH
_____
(TYPE OR PRINT NAME)

▶ *Gary B. Roth*
_____
(SIGNATURE OF PARTY OR ATTORNEY)

_____
(TYPE OR PRINT NAME)

▶
_____
(SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

MC-025

| SHORT TITLE: LEE v. KITCHABLES PRODUCTS, et al. | CASE NUMBER: RG20075803 |
|---|---|

ATTACHMENT (Number): ____6.c.____

*(This Attachment may be used with any Judicial Council form.)*

02/08/2021   Trial, San Francisco County Superior Court
03/15/2021   Trial, San Francisco County Superior Court
03/26/2021   Trial, Sonoma County Superior Court
04/02/2021   Trial, Sonoma County Superior Court
04/05/2021   Trial, Santa Clara County Superior Court
04/09/2021   Trial, Sonoma County Superior Court
04/12/2021   Trial, Alameda County Superior Court
04/13/2021   Trial, Solano County Superior Court
05/10/2021   Trial, Contra Costa County Superior Court
05/10/2021   Trial, Santa Clara County Superior Court
05/20/2021   Trial, Solano County Superior Court
06/01/2021   Trial, San Francisco County Superior Court
06/17/2021   Trial, Santa Clara County Superior Court
06/11/2021   Trial, Alameda County Superior Court
07/12/2021   Trial, Contra Costa County Superior Court
07/19/2021   Trial, San Joaquin County Superior Court
08/13/2021   Trial, Sonoma County Superior Court
08/23/2021   Trial, San Francisco County Superior Court
09/27/2021   Trial, San Francisco County Superior Court
10/04/2021   Trial San Francisco County Superior Court
10/22/2021   Trial & Pre-Trial Conf., Alameda County Superior Court
12/13/2021   Trial, Fresno County Superior Court
02/04/2022   Trial, Alameda County Superior Court
03/07/2022   Trial, Mendocino County Superior Court
05/23/2022   Trial, Fresno County Superior Court
07/05/2022   Trial, Fresno County Superior Court
08/19/2022   Trial, Alameda County Superior Court

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page __6__ of __6__

*(Add pages as required)*

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA, COUNTY OF ALAMEDA ) ss.

3

      I am a citizen of the United States of America, employed in the County of Alameda, State

4

of California; I am over the age of 18 years and not a party to the within entitled action; my

business address is 300 Frank H. Ogawa Plaza, Rotunda Building, Suite 500, Oakland,

5

California, 94612.

6

      On **January 26, 2021,** I served the document, described as

7

**CASE MANAGEMENT STATEMENT**

8

on the interested parties to said action by the following means:

9

☒    (By Mail) By placing a true copy thereof, enclosed in a sealed envelope with postage

10

        thereon fully prepaid, for collection and mailing on that date following ordinary

11

        business practices, in the United States Mail at the offices of Boxer & Gerson,

        Oakland, California, addressed as shown below. I am readily familiar with this

12

        business's practice for collection and processing of correspondence for mailing with

13

        the U.S. Postal Service, and in the ordinary course of business correspondence would

14

        be deposited with the U.S. Postal Service the same day it was placed for collection

15

        and processing.

16

☐    (By Personal Service) By personally delivering a true copy thereof, enclosed in a sealed

17

        envelope, to the addressees shown below.

18

☐    (By Hand Delivery) By causing a true copy thereof, enclosed in a sealed envelope, to be

        delivered by hand to the addresses shown below.

19

☒    (By Electronic Transmission) By transmitting a pdf copy thereof by electronic

20

        transmission from e-mail address rmartinez@boxerlaw.com to the interested parties

21

        to said action; the transmission was reported as complete and without error, and a

22

        copy of the transmission report is attached hereto and incorporated herein by

23

        reference.

24

☐    (By Facsimile Transmission) By transmitting a true copy thereof by facsimile

25

        transmission from facsimile number (510) 835-0415, to the interested parties to said

        action; the transmission was reported as complete and without error.

26

☐    (By Overnight Delivery) By placing a true copy thereof, enclosed in a sealed envelope,

27

        with delivery charges prepaid, to be sent by UPS Next Day Air, addressed as shown

28

        below.

1        I declare under penalty of perjury that the foregoing is true and correct, and that I am

2   employed in the office of a member of the Bar of this Court at whose direction the service was

3   made.

4        Executed on **January 26, 2021**, at Oakland, California.

5

6   ROSA M. MARTINEZ

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **PROOF OF SERVICE LIST:**

2  ***Via Certified Mail – Return Receipt Requested***
   Kitchables Products
3  612 9th Street
   Niagara Falls, NY 14301
4  Email: nick@kitchables.com
5  **Defendant**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Boxer & Gerson LLP
Attn: Roth, Gary B
300 Frank H. Ogawa Plaza
Suite 500
Oakland, CA   94612____

## Superior Court of California, County of Alameda

| | |
|---|---|
| Lee <br> **Plaintiff/Petitioner(s)** <br><br> VS. <br><br> Kitchables Products <br> **Defendant/Respondent(s)** <br> (Abbreviated Title) | No. <u>RG20075803</u> <br><br> **NOTICE OF CASE MANAGEMENT <br> CONFERENCE AND ORDER** <br> Unlimited Jurisdiction |

### TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Notice is given that a Case Management Conference has been scheduled as follows:

| | | |
|---|---|---|
| Date: **02/10/2021** <br> Time: **09:30 AM** | Department: **520** <br> Location: **Hayward Hall of Justice** <br> **3rd Floor** <br> **24405 Amador Street, Hayward  CA  94544** <br><br> Internet: **www.alameda.courts.ca.gov** | Judge: **Julia Spain** <br> Clerk: **Danielle Labrecque** <br> Clerk telephone:  **(510) 690-2729** <br> E-mail: <br> **Dept520@alameda.courts.ca.gov** <br> Fax:  **(510) 267-1531** |

### ORDERS

1. **Plaintiff** must:

   a. **Serve** all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (Cal. Rules of Court, 3.110(b)); and

   b. **Give notice** of this conference to all other parties and file proof of service.

2. **Defendant must** respond as stated on the summons.

3. **All parties who have appeared before the date of the conference** must:

   a. **Meet and confer**, in person or by telephone as required by Cal. Rules of Court, rule 3.724;

   b. **File and serve** a completed *Case Management Statement* on Form CM-110  at least **15** days before the Case Management Conference (Cal. Rules of Court, rule 3.725); and

   c. **Post jury fees** as required by Code of Civil Procedure section 631.

4. If you do not follow the orders above, the court may issue an order to show cause why you should not be sanctioned under Cal. Rules of Court, rule 2.30.  Sanctions may include monetary sanctions, striking pleadings or dismissal of the action.

5. You are further ordered to appear in person or through your attorney of record at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed. You may be able to appear at Case Management Conferences by telephone.  Contact CourtCall, an independent vendor, at least three business days before the scheduled conference.  Call 1-888-882-6878, or fax a service request to (888) 882-2946.  The vendor charges for this service.

6. You may file *Case Management Conference Statements* by E-Delivery.  Submit them directly to the E-Delivery Fax Number (510) 267-5732.  No fee is charged for this service.  For further information, go to *www.alameda.courts.ca.gov/ff*.

7. The judge may place a *Tentative Case Management Order* in your case's on-line register of actions before the conference.  This order may establish a discovery schedule, set a trial date or refer the case to Alternate Dispute Resolution, such as mediation or arbitration.  Check the website of each assigned department for procedures regarding tentative case management orders at *www.alameda.courts.ca.gov/dc*.

## CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct:  I am the clerk of the above-named court and not a party to this cause.  I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 10/13/2020.

By _____

Deputy Clerk

Boxer & Gerson LLP
Attn: Roth, Gary B
300 Frank H. Ogawa Plaza
Suite 500
Oakland, CA   94612_____

---

## Superior Court of California, County of Alameda
## Hayward Hall of Justice

---

| | |
|---|---|
| Lee<br><br>          Plaintiff/Petitioner(s)<br><br>          VS.<br><br><br>Kitchables Products<br>          Defendant/Respondent(s)<br>          (Abbreviated Title) | No. <u>RG20075803</u><br><br>Case Management Order<br><br>Complaint - Product Liability |

ORDER re: CASE MANAGEMENT

The Court has ordered the following after review of the case,

FURTHER CONFERENCE

A Proof of Service has been filed indicating defendant accepted service of process by Acknowledgement and Receipt -- but a copy of the signed Acknowledgement and Receipt has not been filed.  It must be filed with the court before the next CMC Statements are due.

In addition, if defendant has been served it appears it is now in default.   CRC 3.110 (g) provides: "Request for entry of default- If a responsive pleading is not served within the time limits specified in this rule and no extension of time has been granted, the plaintiff must file a request for entry of default within 10 days after the time for service has elapsed. The court may issue an order to show cause why sanctions should not be imposed if the plaintiff fails to timely file the request for the entry of default."

If defendant is in default, plaintiff must diligently request entry of default

 The Case Management Conference currently scheduled for 02/10/2021 is VACATED and continued to 04/12/2021 at 10:00 AM in Dept. 520.

Updated Case Management Statements in compliance with Rule of Court 3.725, on Judicial Council Form CM-110, must be filed no later than 03/28/2021. If the foregoing date is a court holiday or a weekend, the time is extended to the next business day.

NOTICES

Clerk is directed to serve endorsed-filed copies of this order, with proof of service, to counsel and to self-represented parties of record by mail.

The Court orders counsel and/or self-represented parties to obtain a copy of this order from the court's website  http://www.alameda.courts.ca.gov/domainweb.

Any delay in the trial, caused by non-compliance with any order contained herein, shall be the subject of sanctions pursuant to CCP 177.5.

---

Dated:  01/26/2021

_____
Judge Julia Spain

Superior Court of California, County of Alameda
Hayward Hall of Justice

Case Number:  RG20075803
Case Management Conference Order of 01/26/2021

## DECLARATION OF SERVICE BY MAIL

I certify that I am not a party to this cause and that a true and correct copy of the foregoing document was mailed first class, postage prepaid, in a sealed envelope, addressed as shown on the foregoing document or on the attached, and that the mailing of the foregoing and execution of this certificate occurred at 24405 Amador Street, Hayward, California.

    Executed on 01/27/2021.

          Chad Finke  Executive Officer / Clerk of the Superior Court

By  _____

                           Deputy Clerk

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the above and foregoing has been served upon all counsel of record, via the Court's CM/ECF system and US Mail, on March 18, 2021, as follows:

Gary B. Roth
BOXER & GERSON LLP
300 Frank H. Ogawa Plaza, Suite 500
Oakland, CA 94612
Phone: (510) 835-8870
Fax: (510) 835-0415
Email: groth@boxerlaw.com
Attorney for Plaintiff
BRIAN V. LEE

*/s/ Elliott J. Joh*
Elliott J. Joh

DEFENDANT AMAZON.COM, INC.'S NOTICE OF REMOVAL
151855414.1