GARY B. ROTH, Esq. [SBN248031]
ERIC S. RITIGSTEIN, Esq. [SBN249026]
BOXER & GERSON, LLP
300 Frank H. Ogawa Plaza
Rotunda Building, Suite 500
Oakland, California 94612
Telephone:   (510) 835-8870
Facsimile:   (510) 835-0415
Email:       groth@boxerlaw.com
Email:       eritigstein@boxerlaw.com

Attorneys for Plaintiff(s)
BRIAN V. LEE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN V. LEE,<br><br>  Plaintiff(s),<br><br>v.<br><br>KITCHABLES PRODUCTS, NICK COE, AMAZON.COM, INC., and DOES 1 through 20, inclusive,<br><br>  Defendants. | Case No. 4:21-cv-01913-HSG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed: September 23, 2020<br>Action Removed: March 18, 2021 |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure Section 40(a)(1)(A)(ii), Plaintiff Brian V. Lee ("Plaintiff") and Defendant Amazon.com, Inc. ("Defendant") hereby stipulate as follows:

1. On September 23, 2020, Plaintiff filed the above-captioned lawsuit (this "Action") in the Superior Court of California in and for the County of Alameda.

2. On March 18, 2021, Amazon.com, Inc. filed a Notice of Removal of the Action to the United States District Court, Northern District of California.

1

STIPULATION OF DISMISSAL WITH PREJUDICE
AND ORDER

3. On August 10, 2021, Defendant filed an answer to the Complaint.

4. In December 2022, Plaintiff and Defendant reached a settlement of all claims in this action.

Based on the foregoing facts, Plaintiff and Defendant stipulate and agree as follows:

1. This Court should dismiss this Action against Amazon.com, Inc. with prejudice.

2. All upcoming hearings and deadlines should be vacated, and the Action should be terminated.

3. This Court retains jurisdiction to enforce the terms and conditions of the settlement in favor of any party to the settlement.

Dated: 01/23/23

BOXER & GERSON, LLP,

By: _____
GARY B. ROTH
ERIC S. RITIGSTEIN
Attorneys for Plaintiff(s)
BRIAN V. LEE

Dated: 1/24/23

PERKINS COIE, LLP,

By: _____
ELLIOTT J. JOH
M. RAY HARTMAN, III
Attorneys for Defendant
AMAZON.COM, INC.

**ORDER**

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

DATED: ___1/24/2023___

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL WITH PREJUDICE
AND ORDER